SCOTT N. SCHOOLS, SCSBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6915
   FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 7/25/07*

| | |
|---|---|
| OKSANA OZEROVA,<br><br>          Plaintiff,<br><br>     v.<br><br>MICHAEL CHERTOFF, Secretary<br>of the Department of Homeland Security;<br>EMILIO T. GONZALEZ, Director<br>of U.S. Citizen and Immigration Services;<br>DAVID STILL, District Director,<br>San Francisco District Director, U.S. Citizen<br>and Immigration Services;<br>ALBERTO GONZALES, Attorney General<br>of the U.S. Department of Justice;<br>ROBERT S. MULLER, Director<br>of Federal Bureau of Investigation,<br><br>          Defendants. | No. C 07-0398 RMW<br><br>**STIPULATION TO VACATE JULY 27, 2007 HEARING DATE ON PARTIES' CROSS-MOTIONS FOR SUMMARY JUDGMENT**  *AND ORDER*<br><br><br>Date: July 27, 2007<br>Time: 9:00 a.m. |

   Plaintiff, appearing *pro se*, and defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to vacate the hearing date on the parties' cross-motions for summary judgment, which is currently scheduled for July 27, 2007, because this case will very shortly be dismissed as moot.  The parties' stipulation is based on the following:

   1. Plaintiff filed a Form I-485 application for adjustment status with the United States Citizenship and Immigration Services (USCIS) on or about July 17, 2003.

   2. On January 22, 2007, the plaintiff filed the above-entitled action this Court, seeking an order

1  directing USCIS to adjudicate her I-485 application and provide her with a Notice of Approval.

2      3. The parties filed cross-motions for summary judgment and the hearing is scheduled for July 27, 2007, at 9:00 a.m.

4      4. The USCIS approved the plaintiff's I-485 application on June 28, 2007, and sent the plaintiff an approval notice.

6      5. Although the plaintiff has received the relief she requested in her complaint, she wishes to wait to dismiss her action until she receives her alien registration card in the mail, which the parties believe will occur within a matter of weeks, if not days.

9      In light of the foregoing, the parties respectfully ask this Court to vacate the July 27, 2007 hearing date on the parties' cross-motions for summary judgment.

Dated: July 25, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

*/s/ Edward A. Olsen*

EDWARD A. OLSEN
Assistant United States Attorney
Attorney for Defendants

Dated: July 24, 2007

*/s/ Oksana Ozerova*

OKSANA OZEROVA
*Pro se*

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 7/25/07

*/s/ Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Stipulation to Vacate July 27th Hearing Date
C 07-0398 RMW                                         2