1 | SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 | Telephone: (415) 436-6915
FAX: (415) 436-6927
7 |
Attorneys for Defendants
8 |

9 | UNITED STATES DISTRICT COURT

10 | NORTHERN DISTRICT OF CALIFORNIA

11 | SAN JOSE DIVISION         *E-FILED - 8/3/07*

12 | OKSANA OZEROVA,           )
                              ) No. C 07-0398 RMW
13 |      Plaintiff,           )
                              )
14 |   v.                      )
                              )
15 | MICHAEL CHERTOFF, Secretary ) **STIPULATION TO DISMISS; AND**
     of the Department of Homeland Security; ) **[xxxxxxxxxxxx] ORDER**
16 | EMILIO T. GONZALEZ, Director )
     of U.S. Citizen and Immigration Services; )
17 | DAVID STILL, District Director, )
     San Francisco District Director, U.S. Citizen )
18 | and Immigration Services; )
     ALBERTO GONZALES, Attorney General )
19 | of the U.S. Department of Justice; )
     ROBERT S. MULLER, Director )
20 | of Federal Bureau of Investigation, )
                              )
21 |      Defendants.          )
     _____)
22 |

23 |   Plaintiff, appearing *pro se*, and Defendants, by and through their attorneys of record, hereby

24 | stipulate, subject to the approval of the Court, to dismissal of the action in light of the adjudication

25 | of Plaintiff's adjustment of status application (Form I-485).

26 |   Each of the parties shall bear their own costs and fees.

27 | ///

28 |

Stipulation to Dismiss
C 07-0398 RMW                              1

1 | Dated: ~~June~~ July 30, 2007						Respectfully submitted,

							SCOTT N. SCHOOLS
							United States Attorney

							_/s/ Edward A. Olsen_
							EDWARD A. OLSEN
							Assistant United States Attorney
							Attorney for Defendants

Dated: ~~June~~ July 29, 2007

							_/s/ Oksana Ozerova_
							OKSANA OZEROVA
							Pro se

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: 8/3/07

							_Ronald M. Whyte_
							RONALD M. WHYTE
							United States District Judge

Stipulation to Dismiss
C 07-0398 RMW								2